UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 21-CR-**21-CR-008** |
| v. | [18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2261A(2)(A)] |
| JON E. JANIKOWSKI, | [SEALED] |
| Defendant. | **Green Bay Division** |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 17, 2020, in the State and Eastern District of Wisconsin,

**JON E. JANIKOWSKI,**

with the intent to harass and intimidate another person, M.L., used any interactive computer service, and electronic communication service, and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed that person in reasonable fear of death and serious bodily injury to that person and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to M.L.

In violation of Title 18, United States Code, Section 2261A(2)(A).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about October 17, 2020, in the State and Eastern District of Wisconsin,

**JON E. JANIKOWSKI,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The ammunition is more fully described as Winchester 12 gauge 2.75 inch game load 7.5 shot, Remington 12 gauge buckshot, and Winchester 30-30 rifle shells.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

Dated: Jan 12, 2021

_____
MATTHEW D. KRUEGER
United States Attorney